1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11                                          | Case No.: C07-2115 BZ
   BAY AREA PAINTERS AND TAPERS
12 PENSION FUND, et al.,                    | **CONDITIONAL DISMISSAL WITHOUT PREJUDICE**
13        Plaintiffs,
14 v.
15
   INTERIOR PARTITIONS, INC.,
16
          Defendant.
17

18
        The above-named plaintiffs, BAY AREA PAINTERS AND TAPERS PENSION FUND,
19
   et al., hereby voluntarily and Conditionally Dismiss, without prejudice, defendant in the above
20
   entitled action, under Federal Rule of Civil Procedure 41(a).
21
22      1.      Defendant has made all payments required under the Judgment Pursuant to

23 Stipulation ("Stipulation"), signed by the Court on May 9, 2008.

24      2.      In accordance with paragraph 4 of the Stipulation, liquidated damages were
25
   conditionally waived subject to approval of the Board of Trustees. The Board of Trustees have
26

27
                                                                                    -1-
28                                                                   CONDITIONAL DISMISSAL
                                                                        Case No. C 07-2115 BZ

P://Clients/PATCL/Interior Partitions 2/Pleading/Conditional Dismissal 042208.doc

agreed to a conditional waiver of liquidated damage subject to defendant remaining current in payment of contributions, as reported due to the Trust Funds, for a period of one year beginning with contributions due for work performed in the month of April 2008.

       3.      Upon defendant's compliance with this condition, plaintiffs will file a Satisfaction of Judgment with the Court.

It is requested that the Court shall retain jurisdiction over this matter.

Dated: April 22, 2008                     SALTZMAN & JOHNSON
                                          LAW CORPORATION

                                          By:_____/s/_____
                                              Michele R. Stafford
                                              Attorneys for Plaintiffs

IT IS SO ORDERED.

A Conditional Dismissal, without prejudice, is granted, and the Court shall retain jurisdiction over this matter~~.~~ until June 1, 2009.

Date:__April 23, 2008_____            _____*/s/ Bernard Zimmerman*_____
                                                    UNITED STATES DISTRICT COURT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 23, 2008, I served the following documents:

**CONDITIONAL DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by placing a true and exact copy of each document in and sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**John Koogle
Interior Partitions
11300 Sanders Drive, Suite 11
Rancho Cordova, California 95742**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**CONDITIONAL DISMISSAL
Case No. C 07-2115 BZ**

P://Clients/PATCL/Interior Partitions 2/Pleading/Conditional Dismissal 042208.doc